**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jhony BARRIOS–ANDRADE,**
**Defendant–Appellant.**

**No. 15–41069**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 26, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Aidan Perales, Chaves, Obregon & Perales, L.L.P., Corpus Christi, TX, for Defendant–Appellant.

Jhony Barrios–Andrade, Three Rivers, TX, pro se.

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jhony Barrios–Andrade (Barrios) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Barrios has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Barrios's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Barrios's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH

---

---

CIR. R. 42.2. Barrios's motion for the appointment of new counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.